UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Honorable Mary L. Cooper, U.S.D.J. |
| Plaintiff, | ) Criminal Number 08-269 |
| v. | ) |
| LOUIS TSAROUHAS, | ) **ORDER MODIFYING THE TERM OF PROBATION PURSUANT TO TITLE 18 U.S.C. §3564(c) AND FED. R. CRIM. P. 32.1** |
| Defendant. | ) |

THIS MATTER having been opened to the Court upon the application of defendant Louis Tsarouhas, Jerome A. Ballarotto, Esq. appearing on his behalf, and Charles B. McKenna, Assistant United States Attorney, appearing on behalf of the United States of America, and the Court having considered the application of Title 18 U.S.C. §3564(c) and Fed. R. Crim. P. 32.1 and considering the factors as set forth in Title 18 U.S.C. §3553(a):

IT IS on this 7th day of APRIL, 2009

ORDERED the term of probation for defendant Louis Tsarouhas is hereby reduced from three years to one year;

IT IS FURTHER ORDERED that all other conditions of defendant Louis Tsarouhas' probation shall remain in full force and effect.

_____
MARY L. COOPER, U.S.D.J.

RECEIVED

APR - 7 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK